■ In the Matter of Joshua C., a Person Alleged to be a Juvenile Delinquent, Appellant. [885 NYS2d 413]—

Order of disposition, Family Court, Bronx County (Robert R. Reed, J.), entered on or about August 20, 2008, which adjudicated appellant a juvenile delinquent, upon his admission that he committed an act which, if committed by an adult, would

constitute the crime of grand larceny in the fourth degree, and placed appellant on probation for a period of 12 months, with restitution in the amount of $195, unanimously affirmed, without costs.

The court properly exercised its discretion in directing appellant to pay restitution, and by providing that if appellant is unable to make restitution, he may then petition the lower court to rescind the restitution provision. The court's calculation of the amount of restitution was supported by the record, which included a signed victim impact statement specifying the amount the victim paid to replace the stolen property. This evidence was material and relevant, and the court properly considered it at the dispositional hearing (see Matter of Nathan N., 56 AD2d 554 [1977]). We have considered and rejected appellant's remaining claims. Concur—Mazzarelli, J.P., Saxe, Moskowitz, Renwick and Richter, JJ.